IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02815-RPM

CARLA ARCHULETA,

      Plaintiff,

v.

NORTH CONEJOS SCHOOL DISTRICT,

      Defendant.

_____

ORDER VACATING SCHEDULING ORDER
_____

Upon reassignment of this civil action and this Court's case management procedures, it is

ORDERED that the Scheduling Order entered by Magistrate Judge Kathleen M. Tafoya on January 21, 2015, is vacated.

DATED: January 22nd, 2015

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior Judge