IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02815-RPM

CARLA ARCHULETA,

    Plaintiff,

v.

NORTH CONEJOS SCHOOL DISTRICT,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [Doc. 46], it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own attorney fees and costs.

    Dated:  September 23rd, 2015

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior District Judge